UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARA SANDLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MODERNIZING MEDICINE, INC., a Delaware Corporation,<br><br>Defendant. | Case No.:  24-cv-00812-AJB-BJW<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION STAYING THE ACTION PENDING ARBITRATION**<br><br>**(Doc. No. 11)** |

May 8, 2024, Plaintiff Kara Sandler filed her Complaint against Defendant Modernizing Medicine, Inc. ("ModMed") alleging discriminatory treatment and wrongful termination related to her employment with ModMed. (Doc No. 1.) ModMed subsequently filed a motion to compel arbitration. (Doc. No. 11.) On October 9, 2024, the Court denied ModMed's motion to compel arbitration. (Doc. No. 16.) ModMed appealed. (Doc. No. 17.)

On March 19, 2026, the Ninth Circuit issued an opinion reversing this Court's decision. (Doc. No. 23.) *Sandler v. Modernizing Med., Inc.*, No. 24-6623, 2026 WL 773099 (9th Cir. Mar. 19, 2026). The Ninth Circuit remanded the matter instructing the Court to grant ModMed's motion to compel arbitration and stay the case pending arbitration. (Doc. No. 23 at 10.) *Sandler*, 2026 WL 773099, at *4 (9th Cir. Mar. 19, 2026).

Accordingly, the Court **ORDERS** as follows:

1.    ModMed's Motion to Compel Arbitration is **GRANTED** (Doc. No. 11);

1

2.      This matter is **STAYED** pending resolution of the arbitration;

3.      The parties must submit a joint status report with this Court on **July 12, 2026**, and every ninety (90) days thereafter, detailing the progress of the arbitration;

4.      The parties are further required to notify the Court that arbitration proceedings have been concluded within fourteen (14) days of the issuance of the arbitrator's decision.

**IT IS SO ORDERED.**

Dated:  April 13, 2026

Hon. Anthony J. Battaglia
United States District Judge

2

24-cv-00812-AJB-BJW